**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| JOHN H. VELA, ) | No. CV 08-0540-PHX-SMM |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| v. ) | |
| ) | |
| AMERICAN FAMILY MUTUAL ) | |
| INSURANCE CO., ) | |
| ) | |
| Defendant. ) | |
| ) | |

Before the Court is Plaintiff's Motion to Extend All Pretrial Deadlines (Doc. 29). Plaintiff requests a thirty (30) day extension of all pretrial deadlines due to a misunderstanding regarding whether the matter had settled. As a result, Plaintiff's counsel has not prepared a Rule 26(a)(2) Disclosure Statement and has not yet contacted its experts to obtain the information necessary for such a disclosure. Plaintiff believes such a thirty (30) day extension would allow it to prepare the required disclosure statement as well as work further towards a possible settlement with Defendant.

Good cause appearing,

**IT IS HEREBY ORDERED GRANTING** Plaintiff's Motion to Extend All Pretrial Deadlines (Doc. 29).

**IT IS FURTHER ORDERED** that the deadlines for disclosure of expert testimony under Rule 26(a)(2) will be extended as follows:

    1.    Plaintiff's expert reports shall be disclosed by **January 16, 2009**.

2. Defendant's expert reports shall be disclosed by **February 27, 2009**.

3. Plaintiff's rebuttal expert reports shall be disclosed by **March 20, 2009**.

**IT IS FURTHER ORDERED** that the discovery deadline will be extended to **May 29, 2009**.

**IT IS FURTHER ORDERED** that the dispositive motion deadline will be extended to **July 3, 2009**.

**IT IS FURTHER ORDERED** that the Final Pre-Trial Conference set for June 25, 2009, is **VACATED**. The Final Pre-Trial Conference will be rescheduled upon the Court's ruling on any dispositive motions.

**IT IS FURTHER ORDERED** that all other provisions in the Scheduling Order (Doc. 15) shall remain in effect.

DATED this 15th day of December, 2008.

_____
Stephen M. McNamee
United States District Judge