**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| JOHN H. VELA, | ) | No. CV 08-0540-PHX-SMM |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| v. | ) | |
| | ) | |
| AMERICAN FAMILY MUTUAL INSURANCE CO., | ) | |
| | ) | |
| Defendant. | ) | |

Having received Plaintiff's Notice of Settlement (Doc. 31), and good cause appearing,

**IT IS HEREBY ORDERED** that the parties have until **Wednesday, February 11, 2009** to file a stipulation for dismissal of this action signed by all parties.

**IT IS FURTHER ORDERED** that in the event that no such stipulation is filed, the Court has scheduled a status conference for **Monday, March 2, 2009 at 3:00 p.m**. If the stipulation is received by **February 11, 2009,** the status conference will be automatically vacated.

DATED this 12th day of January, 2009.

Stephen M. McNamee
United States District Judge